IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PERCY DAVIS, et al., Plaintiffs, | |
| v. | Case No. 05-230C (Judge Lynn J. Bush) |
| UNITED STATES OF AMERICA, Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of January 18, 2007, the parties respectfully submit the following joint status report concerning the status of payment pursuant to the December 2, 2005 partial settlement agreement relating to Immigration and Customs Enforcement Technical Enforcement Officers.

As noted in the Court's January 18, 2007 order, the documentation necessary for effectuating payment pursuant to the settlement was submitted to the Department of Treasury, Financial Management Service, Judgment Fund Group ("the Judgment Fund") on September 18, 2006. It was anticipated that payment would be made by October 30, 2006, and the submission included interest calculations based upon this expectation. In November and early December 2006, after being notified by plaintiffs' counsel that payment had not been received, the paralegal assisting Government counsel in this matter attempted to contact individuals at the Judgment Fund who were involved in effectuating payment, to ascertain the status of payment and the reason for the delay, but was initially unsuccessful. In early January 2007, however, the assisting paralegal succeeded in speaking with Judgment Fund personnel, who informed her that payment had not been made because a small discrepancy, resulting from rounding, was found in

the back pay spreadsheet the Government had submitted. The Judgment Fund personnel also stated that they had attempted to inform Government counsel of this fact, but could not reach him at the telephone number provided in the submission. This may have resulted from the fact that, on or about November 1, 2006, the Department of Justice telephone system, including telephone numbers, was changed.

After being informed of this development, the Government revised the back pay spreadsheet and updated the interest computation, so that interest would run until January 30, 2007. The updated spreadsheet was resubmitted to the Judgment Fund on January 19, 2007. Government counsel has been informed by Judgment Fund personnel that they anticipate issuing payment by March 1, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/Jules Bernstein**
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

**s/Edgar N. James**
EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: February 6, 2007

**s/Jeanne E. Davidson**
JEANNE E. DAVIDSON
Acting Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 305-7561
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: February 6, 2007

**Filed Electronically**
**with the consent of the Attorneys for Defendant**

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 6th day of February 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein