# In the United States Court of Federal Claims

No. 05-230 C

(Filed February 9, 2007)

* * * * * * * * * * * * * * * * * * * * * *
PERCY DAVIS, et al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the court's order of January 18, 2007, the parties filed a joint status report on February 6, 2007. The parties report that payment of a settlement agreement entered into on December 2, 2005, with interest calculated up to January 30, 2007, is expected to occur by March 1, 2007. The settlement agreement addressed the claims of two plaintiffs.

According, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **March 15, 2007**, informing the court of the status of payment.

/s/Lynn J. Bush
LYNN J. BUSH
Judge